No. 528. WALL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Myer H. Gladstone* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 531. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, v. GONZALES. C. A. 9th Cir. Certiorari denied. *Don Eastvold,* Attorney General of Washington, and *Cyrus A. Dimmick, Michael R. Alfieri* and *E. P. Donnelly,* Assistant Attorneys General, for petitioner.

No. 532. VON OPEL, RECEIVER, v. UEBERSEE FINANZ-KORPORATION, A. G., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Russell Hardy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill, George B. Searls* and *Myron C. Baum* for Brownell, Attorney General, and *Edward J. Ennis* for Fritz von Opel, respondents.

No. 534. ROBERTS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 536. LADY NELSON, LTD. ET AL. v. CREOLE PETROLEUM CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Eugene Underwood* for petitioners. *Ira A. Campbell* and *Raymond T. Greene* for respondents.